# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

JOEL B. PIZZOLATO & BELINDA
G. PIZZOLATO

NO.   2023 CW 1230

VERSUS

BIG LOTS STORES, LLC, AND
XYZ INSURANCE COMPANY

**FEBRUARY 16, 2024**

---

In Re:   Big Lots Stores, LLC, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20220002369.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              **JEW**
                              **EW**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT